# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

LORENZO B. WINFORD,
       Plaintiff

     v.                              CASE NUMBER: 06-C-1000

MATTHEW J. FRANK and
JEFFREY P. ENDICOTT,
       Defendant

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff's motion to amend the complaint (Docket # 45) is **denied.**

    **IT IS FURTHER ORDERED** that the defendants' motion for summary judgment (Docket # 32) is **granted.**

    **IT IS FURTHER ORDERED** that this action is **dismissed.**

| | |
|---|---|
| February 8, 2008 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |